# CALLINAN & SMITH LLP

3361 Park Avenue
Suite 104
Wantagh, New York 11793
P: (516) 784-5148 / F: (516) 667-1003

Michael A. Callinan
Matthew J. Smith

Vanessa H. Hlinka
Frank J. Gissaro

Jennifer B. Strong

Steven Daniel Levy
Matthew P. Smith

Craig J. Bruno
Stewart C. Fink
*Of counsel*

**JENNIFER B. STRONG**
SENIOR COUNSEL
ADMITTED IN N.Y., N.J. & USPTO
jstrong@callinansmith.com

March 2, 2022

**VIA ECF**
Hon. Edward S. Kiel
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    Re:    ***Barden v. Passaic County, et al.***
                21-cv-13835

Dear Judge Kiel:

    As the Court's docket will reflect, I am listed as counsel on behalf of Plaintiff Zamaire Barden ("Plaintiff") in the above-referenced matter. I write to inform the Court that I am no longer an employee of the Russell Friedman Law Group, LLP. Therefore, I respectfully request that my name be removed as an attorney in this matter. Plaintiff will suffer no prejudice as he will continue to be represented by other attorneys at The Russell Friedman Law Group, LLP.

    Thank you for your consideration of this matter. If you should have any questions with regard to this matter, please feel free to contact us at your convenience.

                                      Very truly yours,

                                      s/Jennifer B. Strong_____
                                      Jennifer B. Strong

345 Rt. 17 South
Suite 43
Upper Saddle River, New Jersey 07458

416 Church Street
First Floor
Hawley, Pennsylvania 18428