CHRISTOPHER M. ARZBERGER<br>
PH: 516.662.7458<br>
CARZBERGER7@GMAIL.COM

March 13, 2023

**VIA ECF**
Honorable Edward S. Kiel, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

    **Re:**    ***Zamaire Barden v. Passaic County, et al.***
              Docket No.: 21-CV-13835

Dear Magistrate Judge Kiel:

    As the Court's docket will reflect, I am listed as counsel for Plaintiff Zamaire Barden in the above-referenced matter.

    Please be advised that your undersigned is no longer employed by Plaintiff's counsel, The Russell Friedman Law Group, LLP. As such, I respectfully request that I be removed as counsel for Plaintiff. Plaintiff will suffer no prejudice as he continues to be represented by Mr. Tenenbaum.

    Thank you to the Court for its time and consideration.

                                          Respectfully yours,

                            By:    /s/*Christopher M. Arzberger*
                                        Christopher M. Arzberger

cc:    All parties, via ECF