UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KASSIEM MCKINNEY,<br><br>    Plaintiff,<br><br>v.<br><br>PASSAIC COUNTY, *et al.*,<br><br>    Defendants. | Case No. 21–cv–13826–KM–ESK |
| TERRELL FINLEY,<br><br>    Plaintiff,<br><br>v.<br><br>PASSAIC COUNTY, *et al.*,<br><br>    Defendants. | Case No. 21–cv–13831–EP–ESK |
| SAMMY CROMARTIE,<br><br>    Plaintiff,<br><br>v.<br><br>PASSAIC COUNTY, *et al.*,<br><br>    Defendants. | Case No. 21–cv–13832–JMV–ESK |
| TARIQ ROCKLACY,<br><br>    Plaintiff,<br><br>v.<br><br>PASSAIC COUNTY, *et al.*,<br><br>    Defendants. | Case No. 21–cv–13833–ES–ESK |
| ZAMAIRE BARDEN,<br><br>    Plaintiff,<br><br>v.<br><br>PASSAIC COUNTY, *et al.*,<br><br>    Defendants. | Case No. 21–cv–13835–BRM–ESK<br><br>ORDER |

**THESE CONSOLIDATED MATTERS** having come before the Court for a hearing on May 5, 2023 on the motions of the Russell Friedman Law Group, LLP (Russell Friedman) to be relieved as counsel for all plaintiffs (Motions)[1]; and the hearing having been converted to a telephone conference in consideration of plaintiffs' counsel's request to adjourn the hearing (ECF No. 63 in the *McKinney* matter); and for the reasons stated on the record at the telephone conference,

**IT IS** on this   **5th** day of **May 2023**   **ORDERED** that:

1. The Motions are administratively terminated. Plaintiffs' counsel shall coordinate with the prisons in which some of the plaintiffs are housed, defendants' counsel, and those plaintiffs who are not incarcerated to set a date for a hearing on the Motions, and promptly advise the Court of the proposed date.

2. These cases are administratively terminated pending further order of the Court.

*/s/ Edward S. Kiel*
**EDWARD S. KIEL**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] The Motions appear at ECF No. 43 in the *McKinney* matter, ECF No. 40 in the *Finley* matter, ECF No. 37 in the *Cromartie* matter, ECF No. 35 in the *Rocklacy* matter, and ECF No. 48 in the *Barden* matter.