**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW JERSEY

CHAMBERS OF
**EDWARD S. KIEL**
UNITED STATES MAGISTRATE JUDGE

FRANK R. LAUTENBERG U.S. POST
OFFICE & COURTHOUSE BUILDING
2 FEDERAL SQUARE
NEWARK, NJ 07102
973-645-6121

July 18, 2023

Bruce Davis, Administrator
New Jersey State Prison
P.O. Box 861
Trenton, New Jersey 08625

      RE:   *Zamaire Barden v. Passaic County, et al.*
               Case No.: 21–cv–13835–BRM–ESK

Dear Administrator Davis:

     I am writing to request your assistance in arranging for Zamaire Barden, S.B.I. No. 000904767E, to have access to a telephone for a hearing that is scheduled for August 17, 2023 at 9:00 a.m. in a civil matter pending before me involving Mr. Barden.  There is an additional incarcerated party in a different correctional facility, so it has been difficult to arrange a time and to coordinate the availability of all parties for the hearing.  If at all possible, I ask that Mr. Barden be placed in a private room to participate in the hearing.  The dial in number is 1-888-684-8852 and the access code is 310-0383#.  Could you also have a member of your staff kindly call my chambers at 973-645-6121 to confirm Mr. Barden's availability for the hearing and to provide a number for my staff to call in the event there are any issues?

     The Court very much appreciates your assistance.  We look forward to your reply.

                                        Sincerely yours,

                                      */s/ Edward S. Kiel*
                                      Edward S. Kiel
                                      United States Magistrate Judge

cc:
Phillip H. Kim, Esq.
Susan K. O'Connor