UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ZAMAIRE BARDEN,<br><br>        Plaintiff,<br><br>    v.<br><br>PASSAIC COUNTY, *et al.*,<br><br>        Defendants. | Case No. 21–cv–13835–BRM–ESK<br><br>ORDER |

**THIS MATTER** having come before the Court on the motion of The Russell Friedman Law Group, LLP (RFLG) on behalf of itself and its attorneys to withdraw as counsel for plaintiff (Motion) (ECF No. 48); and no opposition having been filed; and plaintiff having attended the hearing telephonically due to his incarceration; and for the reasons stated on the record at the hearing conducted on August 17, 2023,

    **IT IS** on this   **23rd** day of **August 2023**   **ORDERED** that:

    1.    The Motion (**ECF No. 48**) is **GRANTED**. The Clerk of the Court is directed to terminate RFLG, Jason Tenenbaum, Esq., and Phillip Kim, Esq.'s representation of plaintiff. The Clerk of the Court is directed to terminate the Motion at ECF No. 48. Plaintiff is hereafter deemed to be proceeding *pro se*.

    2.    By August 29, 2023, RFLG is directed to serve a copy of this order on plaintiff and to file proof of service, and is directed to separately file a letter setting forth plaintiff's last known mailing address, email address, and telephone number.

    3.    This matter remains administratively terminated. (*See* ECF No. 60.) Any party may move to reinstate this matter by letter order.

      4.    A telephonic conference is scheduled for **October 4, 2023 at 9:00 a.m.** before Magistrate Judge Edward S. Kiel.  The dial in number is 1- 888-684-8852 and the access code is 310-0383#.  If plaintiff remains incarcerated, the Court shall arrange for plaintiff's attendance at the hearing with the institution housing plaintiff.

                                         */s/ Edward S. Kiel*
                                       **EDWARD S. KIEL**
                                       **UNITED STATES MAGISTRATE JUDGE**